Clerk of the Court,                                    1/17/12

I need to file a motion to quash or vacate this Subpeona Docket Number 8:11-cv-02736. I was not party to whatever took place, I rented a room at the time, since then, ▓▓▓▓▓▓▓ has moved out of my home. I'm a single parent, I absolutely have no way of being able to travel from my home in Baltimore City, 21215 to Greenbelt Md.

Sincerely,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

JAN 19 2012