20770+7203

US Courthouse
US District Court District of Maryland
Clerk of Courts
6500 Cherrywood Lane
Greenbelt, MD 20770

PITTSBURGH PA 152
26 JAN 2012 PM 2 T



USA FIRST-CLASS FOREVER