1IN THE UNITED STATES DISTRICT COURT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| Nu Image, Inc., | : | United States District Court for |
| Plaintiff | : | the District of Maryland Southern |
| v. | : | Division |
| Does 1-4,165 | : | Case No#8:11-cv-02736 |
| | : | |
| | : | Motion to QUASH SUBPOENA |
| | : | SERVED UPON CUSTODIAN OF RECORDS, |
| | : | COMCAST |

ORDER

Defendant Doe No. 441's motion to quash subpoena issued to Nu Image, Inc., on November 20, 2012 is hereby granted.

Deborah K. Chasanow
United States District Judge