IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NU IMAGE, INC.                                :

   v.                                         :   Civil Action No. DKC 11-2736

DOES 1 – 4,165                                :

**ORDER**

Pending before the court is a motion to withdraw "motion to dismiss for insufficient service of process under Rule 4m" filed by Doe Defendant #483 (ECF No. 115).  The request is reasonable and will be approved.

Accordingly, it is this 18th day of April, 2012, by the United States District Court for the District of Maryland, HEREBY ORDERED that:

    1.   Doe 483's motion to withdraw (ECF No. 115) BE, and the same HEREBY IS, GRANTED;

    2.   Doe 483's motion to dismiss for insufficient service of process under Rule 4m (ECF No. 97) IS WITHDRAWN; and

    3.   The Clerk is directed to transmit a copy of this order to Plaintiff and Doe 483.

                                                    /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge