IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| NU IMAGE, INC. | : |
|  | : |
| v. | : Civil Action No. DKC 11-2736 |
|  | : |
| DOES 1-4,165 | : |
|  | : |

**ORDER**

On September 22, 2011, Plaintiff Nu Image, Inc., filed this action for copyright infringement against 4,165 John Doe defendants. (ECF No. 1). Plaintiff owns the copyright to a movie titled *The Mechanic* ("the Work"). The Doe Defendants are alleged to have downloaded illegally and/or uploaded the Work using an internet protocol called BitTorrent. The Doe Defendants are identified in the complaint only by their internet protocol ("IP") addresses.

On November 30, 2011, the court issued an order allowing Plaintiff to serve subpoenas on the internet service providers ("ISPs") listed in Exhibit A of the complaint to obtain the "names, current (and permanent) addresses, telephone numbers, e-mail addresses, and Media Access Control addresses" of the Doe Defendants. (ECF No. 5). Several Doe Defendants have since filed motions to quash the subpoenas, to sever, to dismiss, to

seal, or for protective orders. Plaintiff has opposed most of the motions. Certain Does filed replies.

For the reasons stated in the court's April 27, 2012, Memorandum Opinion in *Third Degree Films, Inc. v. Does 1-108*, No. DKC 11-3007, ECF No. 40, it is this 30th day of April, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The motions filed by Defendants John Doe 431, 483, 693, 783, 989, 1,019, 1,127, 1,143, and 3,703 (ECF Nos. 38, 41, 44, 50, 100, 110, 128, 139, and 143) BE, and the same hereby ARE, GRANTED;

2. With the exception of Doe 1, all Doe Defendants BE, and the same hereby ARE, SEVERED from this action;

3. The claims of Plaintiff Nu Image, Inc., against the severed Doe Defendants 2-4,165 BE, and the same hereby ARE, DISMISSED without prejudice;

4. All subpoenas seeking severed Doe Defendants' personal identifying information BE, and the same hereby ARE, QUASHED;

5. Plaintiff SHALL IMMEDIATELY NOTIFY subpoena recipients that the subpoenas have been quashed and that all Doe Defendants except Doe 1 have been severed and are not litigants in this case;

6. Plaintiff SHALL FILE UNDER SEAL copies of all notices sent to severed Doe Defendants pursuant to paragraph 5 above;

7. Moving forward, all documents filed in this action that contain Doe 1's identifying information SHALL BE FILED UNDER SEAL; and

8. All other pending motions from severed Doe Defendants BE, and the same hereby ARE, DENIED as moot.

/s/<br>
DEBORAH K. CHASANOW<br>
United States District Judge